**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BRITISH BROADCASTING CORP.,

Petitioner,

v.

UNITED STATES DEPARTMENT OF JUSTICE – CIVIL DIVISION, FEDERAL PROGRAMS BRANCH,

Respondent.

Case: 1:26-mc-00135
Assigned To : Boasberg, James E.
Assign. Date : 9/22/2026
Description: Misc.

**PETITIONER'S MOTION TO COMPEL**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45**

Petitioner the British Broadcasting Corporation, by and through undersigned counsel, hereby moves this Court to compel Respondent, the United States Department of Justice, Civil Division, Federal Programs Branch, to permit third party Pat Cipollone to comply with a subpoena *ad testificandum* that Petitioner served on him pursuant to Rules 37 and 45 of the Federal Rules of Civil Procedure in connection with the civil action *President Donald J. Trump v. BBC*, No. 1:25-cv-25894-JTK-EAL, pending in the U.S. District Court for the Southern District of Florida.

The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities, which is incorporated by reference. Pursuant to Local Civil Rule 47(f), Petitioner respectfully requests a hearing on this motion.

Dated: September 22, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**

By: ____________________
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
Yanni Chen (#1724687)
Maya Gandhi (#NY0584)

RECEIVED
SEP 22 2026
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: 202-661-2218
Fax: 202-661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
cheny@ballardspahr.com
gandhim@ballardspahr.com

Sasha Dudding (#1735532)
1675 Broadway, 19th Floor
New York, NY 10019
Tel: 646-346-8094
duddings@ballardspahr.com

*Attorneys for Petitioner*